**Dennis DENTMON**

v.

**STATE**

CR-13-0186

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Calvin Earl COCHRAN, Jr.**

v.

**STATE**

CR-13-0206

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

**Tequan Sabre GRAHAM**

v.

**STATE**

CR-13-0204

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Levance Darnell PINKINS**

v.

**STATE**

CR-13-0233

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed